# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEREMIE BROOKS**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:13CV00114-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## JUDGMENT

Plaintiff Jeremie Brooks's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 9th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE